*HARRISON COUNTY—MARCH TERM, 1817.*

Scott
*v.*
Ward.

PRESENT—TAPPAN, *President;* ROBERTS, BOYD AND SEARS, *Associates.*

## SCOTT vs. WARD.

Amendments may be allowed upon conditions, after trial has commenced.

DEBT, on two judgments rendered by a justice of the peace in Pennsylvania.

Issue and Trial to the Court.

The first count in the plaintiff's declaration stated the judgment of the justice to have been given for forty dollars. By the transcript produced in support of that count, it appeared to be for twenty dollars. The evidence was rejected on account of the variance.

WRIGHT, for the plaintiff, moved for leave to amend the declaration, and observed that it was evidently a mistake, as would appear by comparing the commencement of the declaration with the two counts; the first count being for the whole sum demanded.

HALLOCK, contra, insisted that the motion to amend came too late, after the trial of the cause had commenced.

PRESIDENT.—The statute law, vol. 14, page 359, authorizes us to permit any defect in process or pleadings to be amended "before a writ of error be brought," upon such conditions as may be prescribed. Having the power, therefore, to grant this motion, the time when it is made can only affect the conditions to be prescribed. Let the declaration be amended, on the plaintiff paying the costs which have accrued since filing it, and consenting to proceed in the trial, or continue the cause, at the election of the defendant.

Continued.